# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,    CIVIL ACTION NO.: 10-10389

    Plaintiff,    HON.: SEAN F. COX

vs.

MACK N. CRAWFORD, JR.,

    Defendant.
_____/

## ORDER FOR ALTERNATE SERVICE

AT A SESSION OF SAID COURT HELD IN
THE U.S. COURTHOUSE, DETROIT, MICHIGAN
On April 14, 2010

After reviewing the Motion herein, and being otherwise advised in the matter: THE COURT FINDS:

Service of process upon defendant Mack N. Crawford, Jr., cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following methods:

    a.    First class mail to 19457 Lesure St., Detroit, MI 48235.

    b.    Certified Mail, Return Receipt Requested and,

    c.    Tacking or firmly affixing to the door at 19457 Lesure St., Detroit, MI 48235.

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the Court.

s/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: April 14, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 14, 2010, by electronic and/or ordinary mail.

s/Jennifer Hernandez  
Case Manager

2010A16535